December 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CINDY DO, INDIVIDUALLY A/N/F DAVID DO, A MINOR, Appellant

NO. 14-13-00848-CV                    V.

MINH NGUY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Minh Nguy, signed September 16, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Cindy Do, Individually a/n/f David Do, a Minor, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.